Stewart *v.* Stewart.

---

THOMAS H. STEWART, petitioner and appellant,

*v.*

CORNELIA G. STEWART and CHARLES F. STEWART, respondents.

On appeal from a decree of the ordinary, whose opinion is reported in *Stewart* v. *Stewart, 11 Dick. Ch. Rep. 761.*

*Mr. Thomas F. Noonan, Jr.*, for the appellant.

*Messrs. Miller & Myers*, for the respondents.

Stewart *v.* Stewart.

PER CURIAM.

Decree unanimously affirmed, for reasons given by the ordinary, with costs to the respondents.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, VAN SYCKEL, DIXON, GARRISON, GUMMERE, LUDLOW, COLLINS, NIXON, HENDRICKSON, ADAMS, VREDENBURGH—12.

*For reversal*—None.